NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
kimberly.frayn@usdoj.gov
*Representing the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JAMES N. MERRIWEATHER,<br><br>            Defendant. | Case No. 2:20-CR-00248-APG-VCF<br><br>**Stipulation To Continue Supervised Release Revocation Hearing**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender and Andrew Wong, Assistant Federal Public Defender, counsel for JAMES N. MERRIWEATHER, ("Merriweather"), that the supervised release revocation hearing in the abovementioned case, which is currently scheduled for December 29, 2020 at 10:30 a.m., be continued and reset to a date and time convenient to this Court, but for a period of not less than twenty-one (21) days for the following reasons:

1. On or about December 5, 2020, Merriweather appeared on the petition seeking to revoke his supervised release. He was released on his own recognizance pending a supervised release revocation hearing, which is currently scheduled for December 29, 2020, at 10:30 a.m..

2. The parties have agreed to continue the supervised release revocation hearing for at least twenty-one days so that the parties can investigate, gather and produce any relevant discovery, attempt to reach a negotiated resolution, and failing that, prepare for a contested hearing.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the revocation hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

6. This is the first stipulation to continue the hearing.

DATED this 23rd day of December, 2020.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Andrew Wong*<br>By_____<br>Andrew Wong<br>Assistant Federal Public Defender<br>Counsel for James N. Merriweather | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>JAMES N. MERRIWEATHER,<br><br>       Defendant. | Case No. 2:20-CR-00248-APG-VCF<br><br>**Findings Of Fact, Conclusions Of Law And Order** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

    1.    On or about December 5, 2020, Merriweather appeared on the petition seeking to revoke his supervised release. He was released on his own recognizance pending a supervised release revocation hearing, which is currently scheduled for December 29, 2020, at 10:30 a.m..

    2.    The parties have agreed to continue the supervised release revocation hearing for at least twenty-one days so that the parties can investigate, gather and produce any relevant discovery, attempt to reach a negotiated resolution, and failing that, prepare for a contested hearing.

    3.    The defendant is not incarcerated and does not object to the continuance.

    4.    The parties agree to the continuance.

    5.    The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the revocation hearing. Additionally, denial of this request for continuance could result in a

miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

6. This is the first stipulation to continue the hearing.

**ORDER**

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matters, currently scheduled for December 29, 2020, be vacated and continued to a date and time convenient to this Court, that is on January 19, 2021 at 10:30 a.m. in LV Courtroom 6C.

DATED this 28th day of December 2020.

_____
HONORABLE ANDREW G. GORDON
United States District Court Judge